1 Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2 Michael J. Manning, Esq. (State Bar No. 286879)
  Tristan P. Jankowski, Esq. (State Bar No. 290301)
3 Craig G. Cote, Esq. (State Bar No. 132885)
  MANNINGLAW, APC
4 4667 MacArthur Blvd., Suite 150
  Newport Beach, CA 92660
5 (949) 200-8755
  (866) 843-8308
6 Attorneys for Plaintiffs JAMES RUTHERFORD

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 JAMES RUTHERFORD

12 PLAINTIFF,                    **Case No.:** 3:18-cv-02403-WQH-MDD

13 vs.

14                               **CRAIG G. COTE'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**

15 LAS PALMILAS, a business of unknown form; DORIS RECVA, trustee of the REVA FAMILY DISCLAIMER TRUST, UDT DATED DECEMBER 19, 1978, AS AMENDED AND RESTATED IN 2007, AN UNDIVIDED 93.02% INTEREST, as tenant in common; and DOES 1-10, inclusive,

23           DEFENDANTS.

---

**CRAIG G. COTE, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**

1

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE OF ENTRY OF APPEARANCE is hereby given as to CRAIG G. COTE, Esq. (SBN 132885) as one of the counsel for plaintiff, JAMES RUTHERFORD.

///

///

All other counsel for plaintiff remain as counsel to be noticed.

Dated:  January 9, 2019         **MANNING LAW, APC**

By:  */s/Joseph R. Manning, Jr.*
       Joseph R. Manning, Jr. Esq.
       Attorneys for Plaintiff

**CRAIG G. COTE, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CRAIG G. COTE, ESQ.'S NOTICE OF ENTRY OF APPEARANCE AS ONE OF THE COUNSEL FOR PLAINTIFF JAMES RUTHERFORD**